# UNITED STATES DISTRICT COURT

District of MASSACHUSETTS

ROSARIO J. DINDIO AND
MARY O. DINDIO
V.
FIRST BABYLON, INC.,
d/b/a HOLIDAY INN EXPRESS

FILED
CLERK'S OFFICE
2004 JAN 30 A 11:44
DISTRICT OF

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 03 12425 NG

TO: (Name and address of Defendant)   FIRST BABYLON, INC., d/b/a HOLIDAY INN EXPRESS
3202 Will Rogers Drive
Santa Rosa, New Mexico  88435

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Pamela B. Marsh, Esquire
Quirk, Chamberlain & Marsh, P. C.
99 Willow Street
P. O. Box 40
Yarmouthport, MA  02675-0040

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                                         12-02-03
CLERK                                                                 DATE

(By) DEPUTY CLERK

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 12/21/03 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Angelo Romo | Deputy Sheriff |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: Holiday Inn Express Santa Rosa, NM 88435

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12/21/03      *Angelo Romo*
                Date          Signature of Server

117 S 5th St. Santa Rosa, NM 88435
Address of Server

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.