UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 03-12425 NG

ROSARIO J. DINDIO and MARY O. DINDIO,
    Plaintiffs,

v.

FIRST BABYLON, INC., d/b/a HOLIDAY INN EXPRESS,
    Defendant.

**REQUEST FOR ORAL ARGUMENT**

## DEFENDANT FIRST BABYLON, INC., d/b/a HOLIDAY INN EXPRESS' MOTION TO DISMISS THE COMPLAINT

NOW COMES the defendant, First Babylon, Inc., d/b/a Holiday Inn Express, and moves pursuant to Fed. R. Civ. P. 12 (b) (2) to dismiss the claims asserted against it in the Complaint for lack of jurisdiction. In support of its motion, the defendant directs the Court's attention to the attached Memorandum of Law and Affidavit of Ila Patel which it incorporates herein by reference.

WHEREFORE, for the reasons set forth above and in the attached Memorandum of Law, the defendant, First Babylon, Inc., d/b/a Holiday Inn Express, respectfully requests that this Court dismiss the Complaint.

### L.R. 7.1 (A) (2) Certification

I hereby certify that on February 4, 2004, I spoke to the plaintiffs' attorney to attempt to resolve or narrow the issues presented by the Motion without success.

2/9/04
Date

Mark A. Darling

Respectfully Submitted,

FIRST BABYLON, INC. D/B/A HOLIDAY INN EXPRESS
BY ITS ATTORNEYS
COGAVIN AND WAYSTACK

2/9/04
Date

_____
Mark A. Darling, B.B.O. #: 551285
Kathleen M. Hansberry, B.B.O. #: 655880
Two Center Plaza
Boston, Massachusetts 02108
(617) 742-3340

## CERTIFICATE OF SERVICE

I, Mark A. Darling, hereby certify that on February 9, 2004, I served the within document by facsimile and first class mail, postage prepaid, to the following:

Pamela B. Marsh, Esquire
Quirk, Chamberlain & Marsh, P.C.
99 Willow Street
PO Box 40
Yarmouthport, MA 02675-0040

_____
Mark A. Darling