UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET No. 03-12425 NG

ROSARIO J. DINDIO and MARY O. DINDIO,
  Plaintiffs,

v.

FIRST BABYLON, INC., d/b/a HOLIDAY INN EXPRESS,
  Defendants.

## AFFIDAVIT OF ILA PATEL IN SUPPORT OF MOTION TO DISMISS

I, Ila Patel, on my oath do depose and say that:

1. I am the General Manager of the Holiday Inn Express located at 3202 Will Rogers Drive, Santa Rosa, New Mexico [hereinafter "the Hotel"]. I held this position since before January of 2001 to the present. The Hotel is located approximately 120 miles east of Albuquerque, New Mexico.

2. Santa Rosa is a small town with approximately 1800 residents. The Hotel is owned by First Babylon, Inc. This is a closely held New Mexico corporation, run by my husband and my brother-in-law, that owns two other small Hotels, a Days Inn and another Holiday Inn Express both located in Grants, New Mexico, approximately 190 miles West on Route 40. See Map attached hereto as Exhibit 1.

3. On or about January 26, 2001, a Mr. Ross Dindio and his wife rented a room at the Hotel. They had not made a reservation, but indicated they came off of the highway to avoid a serious winter storm that was forecast. Mrs. Dindio was in some type of leg cast.

4. Prior to this date, the hotel had no contact with Mr. or Mrs Dindio whatsoever.

5. An unusual and severe winter storm did hit the area shortly thereafter and continued into January 27, 2001 with several inches of snow. It is extremely rare for our area to receive any snow fall at all.

6. Mr. and Mrs. Dindio rented the same room for the following night (January 27, 2001), I believe, due to the adverse weather conditions.

7. Sometime on the following day, January 28, 2001, I learned that Mr. Dindio had apparently hurt his head and was not feeling well. I offered to take Mr. Dindio and his wife to the local hospital since it appeared she could not drive due to her cast.

8. I picked up Mr. and Mrs. Dindio from the hospital that same evening and brought them back to the Hotel.

9. Mr. and Mrs. Dindio left the Hotel sometime on the morning of January 29, 2003. See Room Bill attached hereto as Exhibit 2.

10. Almost all of our guests are what we refer to as "walk-in" business. We are located just off Interstate 40 in central New Mexico and almost all of our guests are travelers on this major highway. This was the case with Mr. and Mrs. Dindio.

11. The corporation does no advertising in Massachusetts. We do not send any marketing materials or solicitations into Massachusetts. To my knowledge, we have no contacts with Massachusetts at all.

WITNESS my hand and seal this ___6th___ day of ___February___, 2004.

___xPatel___
Ila Patel

[Notary Seal: OFFICIAL SEAL, BONITA PATEL ELEVARIO, Notary Public, State of New Mexico, My Commission Expires May 12, 2007]

On this _6_th day of __February__, 2004, before me, the undersigned officer, personally appeared the above-named Ila Patel known to me to be the person whose name is subscribed to the within instrument and acknowledged that she executed the same for the purposes contained therein.

___Bonita Patel Elevario___
Notary Public
My Commission Expires: 5/12/2007