UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NO. 03-12425 NG

ROSARIO J. DINDIO and MARY O. DINDIO,
   Plaintiffs,

v.

FIRST BABYLON, INC., d/b/a HOLIDAY INN EXPRESS,
   Defendants.

## ASSENTED TO MOTION TO CONTINUE SCHEDULING CONFERENCE

NOW COME the parties and move to continue Scheduled Conference currently scheduled for March 1, 3004 at 2:30 p.m. to due to a scheduling problem, and in support thereof, state as follows:

1. Due to scheduling conflicts, counsel for the the plaintiff and the defendant, would be unable to attend the Scheduling Conference scheduled for March 1, 2004 before Judge Magistrate Judith G. Dein.

2. The parties state that all counsel are in agreement in regard to moving the date of the Scheduling Conference.

3. Counsel in this matter have settled on the following dates as available dates to reschedule the Scheduling Conference if this meets with this Court's schedule: March 29, 2004, April 1, 2004 and April 2, 2004.

WHEREFORE, for the foregoing reasons, the parties request the Court allow its Assented to Motion to Continue Scheduling Conference.

Respectfully Submitted,

FIRST BABYLON, INC. D/B/A HOLIDAY INN EXPRESS
BY ITS ATTORNEYS
COGAVIN AND WAYSTACK

__2/11/04__
Date

_____
Mark A. Darling
B.B.O. #: 551285
Two Center Plaza
Boston, Massachusetts 02108
(617) 742-3340

ROSARIO J. DINDIO AND MARY O. DINDIO
BY THEIR ATTORNEYS
QUIRK, CHAMBERLAIN & MARSH

__2/11/04__
Date

PBM _____
Pamela B. Marsh
B.B.O. #:
99 Willow Street, P.O. Box 40
Yarmouthport, MA 02675-0040