UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
ROSARIO J. DINDIO AND   )
MARY O. DINDIO          )
       PLAINTIFFS       )
                        )
VS                      )        CIVIL ACTION NO.  03-12425 NG
                        )
FIRST BABYLON, INC.,    )
d/b/a HOLIDAY INN       )
EXPRESS                 )
       DEFENDANT        )
```

PLAINTIFFS' MOTION TO TRANSFER
CASE TO ANOTHER DISTRICT

    The plaintiffs, Rosario J. Dindio and Mary O. Dindio, move pursuant to 28 U.S.C. §1406(a) to transfer this case from the Federal District of Massachusetts to the Federal District of New Mexico in which this action could have been brought and as reason therefor say that it is in the interest of justice to do so as more specifically appears in the Memorandum and Affidavit filed herewith in support of this motion.

    Wherefore, the plaintiffs respectfully request the Court to enter an order transferring this case to the District Court of New Mexico.

REQUEST FOR ORAL ARGUMENT

    The plaintiffs request oral argument on their Motion to Transfer.

                                      Plaintiffs,
                                      By their attorney,

                                      _____
                                      Pamela B. Marsh BBO#321540
                                      Quirk, Chamberlain & Marsh, P.C.
                                      99 Willow Street
                                      P. O. Box 40
                                      Yarmouthport, MA 02675-0040
                                      (508) 362-6262

DATED: February 23, 2004

QUIRK, CHAMBERLAIN
& MARSH, P.C.
ATTORNEYS AND COUNSELLORS
AT LAW
99 WILLOW STREET
POST OFFICE BOX 40
YARMOUTHPORT, MA 02675-0040
508/362-6262
FACSIMILE 508/362-6060