UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ROSARIO J. DINDIO AND )
MARY O. DINDIO )
   PLAINTIFFS )
)
VS ) CIVIL ACTION NO. 03-12425 NG
)
FIRST BABYLON, INC., )
d/b/a HOLIDAY INN )
EXPRESS )
   DEFENDANT )

PLAINTIFFS' MOTION TO TRANSFER
CERTIFICATE - LR, D.MASS 7.1(A)(2)

Counsel for plaintiffs certifies that she has conferred with defense counsel concerning Plaintiffs' Motion to Transfer pursuant to 28 U.S.C. §1406(a) and has attempted in good faith to resolve or narrow the issues.

         Plaintiffs,
         By their attorney,

         _____
         Pamela B. Marsh BBO#321540
         Quirk, Chamberlain & Marsh, P.C.
         99 Willow Street
         P. O. Box 40
         Yarmouthport, MA 02675-0040
         (508) 362-6262

DATED: February 23, 2004

QUIRK, CHAMBERLAIN
& MARSH, P.C.
ATTORNEYS AND COUNSELLORS
AT LAW
99 WILLOW STREET
POST OFFICE BOX 40
YARMOUTHPORT, MA 02675-0040
508/362-6262
FACSIMILE 508/362 6060

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ROSARIO J. DINDIO AND )
MARY O. DINDIO )
      PLAINTIFFS )
    )
VS )    CIVIL ACTION NO.   03-12425 NG
    )
FIRST BABYLON, INC., )
d/b/a HOLIDAY INN )
EXPRESS )
      DEFENDANT )

## CERTIFICATE OF SERVICE

I, Pamela B. Marsh, hereby certify that I have this day faxed and mailed, postage, prepaid a copy of the foregoing:

1. Plaintiffs' Opposition to Defendant's Motion to Dismiss the Complaint and Memorandum in support thereof;

2. Plaintiffs' Motion to Transfer Case to another District;

3. Memorandum in Support of Plaintiffs' Motion to Transfer;

4. Affidavit of Pamela B. Marsh in Opposition to Defendant's Motion to Dismiss and in Support of Plaintiffs' Motion to Transfer;

5. Certificate Under LR, D. Mass. 7.1(A)(2); and

6. Certificate of Service.

to the foregoing attorney of record:

    Mark A. Darling, Esquire
    Cogavin and Waystack
    Two Center Plaza
    Boston, MA 02108

                Plaintiffs,
                By their attorneys,

                Pamela B. Marsh BBO#321540
                QUIRK, CHAMBERLAIN & MARSH, P.C.
                99 Willow Street, P.O. Box 40
                Yarmouthport, MA 02675
                (508) 362-6262

DATED: February 23, 2004

QUIRK, CHAMBERLAIN
& MARSH, P.C.
ATTORNEYS AND COUNSELLORS
AT LAW
99 WILLOW STREET
POST OFFICE BOX 40
YARMOUTHPORT, MA 02675-0040
508/362-6262
FACSIMILE 508/362-6060