UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ROSARIO J. DINDIO AND )
MARY O. DINDIO )
    PLAINTIFFS )
)
VS )    CIVIL ACTION NO.  03-12425 NG
)
FIRST BABYLON, INC., )
d/b/a HOLIDAY INN )
EXPRESS )
    DEFENDANT )

### CERTIFICATE OF SERVICE

I, Pamela B. Marsh, hereby certify that I have this day faxed and mailed, postage, prepaid a copy of the foregoing:

1. Plaintiffs' Opposition to Defendant's Motion to Dismiss the Complaint and Memorandum in support thereof;

2. Plaintiffs' Motion to Transfer Case to another District;

3. Memorandum in Support of Plaintiffs' Motion to Transfer;

4. Affidavit of Pamela B. Marsh in Opposition to Defendant's Motion to Dismiss and in Support of Plaintiffs' Motion to Transfer;

5. Certificate Under LR, D. Mass. 7.1(A)(2); and

6. Certificate of Service.

to the foregoing attorney of record:

    Mark A. Darling, Esquire
    Cogavin and Waystack
    Two Center Plaza
    Boston, MA 02108

                          Plaintiffs,
                          By their attorneys,

                          _/s/ Pamela B. Marsh_
                          Pamela B. Marsh BBO#321540
                          QUIRK, CHAMBERLAIN & MARSH, P.C.
                          99 Willow Street, P.O. Box 40
                          Yarmouthport, MA 02675
                          (508) 362-6262

DATED: February 23, 2004

QUIRK, CHAMBERLAIN
& MARSH, P.C.
ATTORNEYS AND COUNSELLORS
AT LAW
99 WILLOW STREET
POST OFFICE BOX 40
YARMOUTHPORT, MA 02675-0040
508/362-6262
FACSIMILE 508/362-6060