UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ROSARIO J. DINDIO, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION |
| v. | ) | NO. 03-12425-NG |
| | ) | |
| FIRST BABYLON, INC., d/b/a | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION HEARING

PLEASE TAKE NOTICE that the defendant's "Motion to Dismiss the Complaint" (Docket # 6), and the plaintiffs' "Motion to Transfer Case to Another District" (Docket #11) have been scheduled for hearing on Thursday, April 1, 2004, at 2:30 P.M. before Magistrate Judge Judith Gail Dein in Courtroom #15 on the 5th floor.

TONY ANASTAS,
CLERK OF COURT

/ s / Jolyne D'Ambrosio
By: Deputy Clerk

DATED: March 4, 2004