UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 03-12425 NG

ROSARIO J. DINDIO and MARY O. DINDIO,
   Plaintiffs,

v.

FIRST BABYLON, INC., d/b/a HOLIDAY INN EXPRESS,
   Defendants.

**FIRST BABYLON, INC.'S MOTION FOR LEAVE TO FILE
REPLY TO PLAINTIFFS' OPPOSITION TO THEIR MOTION TO DISMISS**

The defendant, First Babylon, Inc. d/b/a Holiday Inn Express, hereby move for leave to file a reply to the plaintiffs' Opposition to its Motion to Dismiss the Complaint. As grounds for this motion, the defendant states that the reply is necessary in order to respond to arguments set forth in the plaintiffs' opposition, including the arguments that the defendant's Motion to Dismiss the Complaint was untimely and that the plaintiffs are entitled to conduct jurisdictional discovery. *See Plaintiff's Opposition to Motion to Dismiss*. Further, the defendant states that the reply will be of assistance to the court in deciding the motion to dismiss as it will address several cases cited by the plaintiffs in support of their position.

WHEREFORE, the defendant, First Babylon, Inc. d/b/a Holiday Inn Express requests that this motion be allowed and that the court consider their reply herewith.

<u>L.R. 7.1 (A) (2) Certification</u>

I hereby certify that on March 5, 2004, I called and left a voice mail for the plaintiffs' attorney to attempt to resolve or narrow the issues presented by the Motion but did not receive any response.

3/8/04
Date

_____
Mark A. Darling

Respectfully Submitted,

FIRST BABYLON, INC. D/B/A HOLIDAY INN EXPRESS
BY ITS ATTORNEYS
COGAVIN AND WAYSTACK

3/8/04
Date

_____
Mark A. Darling, B.B.O. #: 551285
Kathleen M. Hansberry, B.B.O. #: 655830
Two Center Plaza
Boston, Massachusetts 02108
(617) 742-3340

<u>CERTIFICATE OF SERVICE</u>

I, Mark A. Darling, hereby certify that on March 8, 2004, I served the within document by first class mail, postage prepaid, to the following:

Pamela B. Marsh, Esquire
Quirk, Chamberlain & Marsh, P.C.
99 Willow Street
PO Box 40
Yarmouthport, MA 02675-0040

_____
Mark A. Darling