UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ROSARIO J. DINDIO AND )
MARY O. DINDIO        )
        PLAINTIFFS    )
                      )
VS                    )    CIVIL ACTION NO.   03-12425 NG
                      )
FIRST BABYLON, INC.,  )
d/b/a HOLIDAY INN     )
EXPRESS               )
        DEFENDANT     )

JOINT STATEMENT ON BEHALF OF PLAINTIFFS
AND DEFENDANT - PROPOSED PRE-TRIAL SCHEDULE

In accordance with Fed.R.Civ.P. Rules 16(b) and 26(f) and Local Rule 1.3(B)(1) of the United States District for the District of Massachusetts, the parties hereto, Rosario J. Dindio, Mary O. Dindio and First Babylon, Inc. d/b/a Holiday Inn Express, by and through their undersigned counsel submit the following joint statement.

1. <u>Joinder of Parties and Amendment of Pleadings</u>:

Motions to join parties and to amend pleadings to be filed by December 31, 2004.

2. <u>Disclosures and Exchanges</u>: Pursuant to Fed.R.Civ.P. 26(a)(1) the initial disclosures required will be made by April 15, 2004 or within 14 days after the Rule 26(f) Conference.

3. <u>Factual Discovery</u>: All factual discovery to be completed by March 1, 2005. This means that any requests for documents or interrogatories must be served on or before February 1, 2005, so that responses to such requests are due on or before March 1, 2005.

QUIRK, CHAMBERLAIN
& MARSH, P.C.
ATTORNEYS AND COUNSELLORS
AT LAW
99 WILLOW STREET
POST OFFICE BOX 40
YARMOUTHPORT, MA 02675-0040
508/362-6262
FACSIMILE 508/362-6060

4.  **Expert Discovery**: Plaintiffs to identify experts and provide any expert reports by March 1, 2005. Defendants to identify experts and provide any expert reports by April 15, 2005. All expert depositions to be completed by April 30, 2005.

5.  **Requests for Admissions**: Any Request for Admissions to be served by March 31, 2005.

6.  **Motions**: Any dispositive motions to be filed by May 1, 2005.

7.  **Trial by Magistrate Judge**: The parties will not consent to trial by Magistrate Judge.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| Rosario J. Dindio and<br>Mary O. Dindio | First Babylon, Inc., d/b/a<br>Holiday Inn Express |
| By their attorney, | By its attorney, |
| *[signature]*<br>Pamela B. Marsh BBO#321540<br>Robert C. Chamberlain BBO#080368<br>Quirk, Chamberlain & Marsh, P.C.<br>99 Willow Street<br>P. O. Box 40<br>Yarmouthport, MA 02675-0040<br>(508) 362-6262 | *[signature]*<br>Mark A. Darling BBO551285<br>Cogavin and Waystack<br>Two Center Plaza<br>Boston, MA 02108<br>(617) 742-3340 |

DATED: March 22, 2004

QUIRK, CHAMBERLAIN
& MARSH, P.C.
ATTORNEYS AND COUNSELLORS
AT LAW
99 WILLOW STREET
POST OFFICE BOX 40
YARMOUTHPORT, MA 02675-0040
508/362-6262
FACSIMILE 508/362-6060

-2-