UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROSARIO J. DINDIO AND )<br>MARY O. DINDIO )<br>    PLAINTIFFS )<br>  )<br>VS )<br>  )<br>FIRST BABYLON, INC., )<br>d/b/a HOLIDAY INN )<br>EXPRESS )<br>    DEFENDANT ) | CIVIL ACTION NO.  03-12425 NG |

## CERTIFICATE OF SERVICE

I, Pamela B. Marsh, hereby certify that I have this day faxed and mailed, postage, prepaid a copy of the foregoing:

1. Joint Statement on Behalf of Plaintiffs and Defendant - Proposed Pre-trial Schedule; and

2. Certificate of Service.

to the foregoing attorney of record:

    Mark A. Darling, Esquire
    Cogavin and Waystack
    Two Center Plaza
    Boston, MA 02108

                        Plaintiffs,
                        By their attorneys,

                        _____
                        Pamela B. Marsh BBO#321540
                        QUIRK, CHAMBERLAIN & MARSH, P.C.
                        99 Willow Street, P.O. Box 40
                        Yarmouthport, MA 02675
                        (508) 362-6262

DATED: March 22, 2004

QUIRK, CHAMBERLAIN
& MARSH, P.C.
ATTORNEYS AND COUNSELLORS
AT LAW
99 WILLOW STREET
POST OFFICE BOX 40
YARMOUTHPORT, MA 02675-0040
508/362-6262
FACSIMILE 508/362-6060