UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ROSARIO J. DINDIO AND )
MARY O. DINDIO )
      PLAINTIFFS )
)
VS ) CIVIL ACTION NO. 03-12425 NG
)
FIRST BABYLON, INC., )
d/b/a HOLIDAY INN )
EXPRESS )
      DEFENDANT )

### CERTIFICATION OF COUNSEL FOR PLAINTIFFS PURSUANT TO LOCAL RULE (D. MASS.) 16.1 (D)(3)

Pursuant to Local Rule (D. Mass.) 16.1 (D)(3), counsel for plaintiffs, Rosario J. Dindio and Mary O. Dindio, certify as follows:

(A) They have conferred with a view of establishing a budget for the costs of conducting the full course - and various alternative courses - of the litigation; and

(B) They have considered the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in L.R. 16.4.

Respectfully submitted,
Rosario J. Dindio and
Mary O. Dindio

By their attorney,

_____
Pamela B. Marsh BBO#321540
Robert C. Chamberlain BBO#080368
Quirk, Chamberlain & Marsh, P.C
99 Willow Street, P. O. Box 40
Yarmouthport, MA 02675-0040
(508) 362-6262

Rosario J. Dindio  3-23-04
149 Forest Hills Drive
P. O. Box 1056
E. Dennis, MA 02641-1056

Mary O. Dindio  3-23-04
149 Forest Hills Drive
P. O. Box 1056
E. Dennis, MA 02641-1056

QUIRK, CHAMBERLAIN
& MARSH, P.C.
ATTORNEYS AND COUNSELLORS
AT LAW
99 WILLOW STREET
POST OFFICE BOX 40
YARMOUTHPORT, MA 02675-0040
508/362-6262
FACSIMILE 508/362-6060