UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
ROSARIO J. DINDIO AND    )
MARY O. DINDIO           )
         PLAINTIFFS      )
                         )
VS                       )    CIVIL ACTION NO.  03-12425 NG
                         )
FIRST BABYLON, INC.,     )
d/b/a HOLIDAY INN        )
EXPRESS                  )
         DEFENDANT       )
```

CERTIFICATE OF SERVICE

I, Pamela B. Marsh, hereby certify that I have this day mailed, postage, prepaid a copy of the foregoing:

1. Certification of Counsel for Plaintiffs Pursuant to Local Rule (D. Mass.) 16.1 (D)(3); and

2. Certificate of Service.

to the foregoing attorney of record:

> Mark A. Darling, Esquire
> Cogavin and Waystack
> Two Center Plaza
> Boston, MA 02108

> Plaintiffs,
> By their attorneys,
>
> _____ (pro)
> Pamela B. Marsh BBO#321540
> QUIRK, CHAMBERLAIN & MARSH, P.C.
> 99 Willow Street, P.O. Box 40
> Yarmouthport, MA 02675
> (508) 362-6262

DATED: March 25, 2004

QUIRK, CHAMBERLAIN
& MARSH, P.C.
ATTORNEYS AND COUNSELLORS
AT LAW
99 WILLOW STREET
POST OFFICE BOX 40
YARMOUTHPORT, MA 02675-0040
508/362-6262
FACSIMILE 508/362-6060

## QUIRK, CHAMBERLAIN & MARSH, P.C.

*Attorneys and Counsellors at Law*

99 WILLOW STREET
POST OFFICE BOX 40
YARMOUTHPORT, MASSACHUSETTS 02675-0040

508/362-6262
FACSIMILE 508/362-6060

JAMES H. QUIRK, JR.
ROBERT C. CHAMBERLAIN
PAMELA B. MARSH
THOMAS J. PERRINO
THOMAS M. YONCE
JENNIFER N. LUCAS

OF COUNSEL
THOMAS C. PAQUIN
WILLIAM E. CROWELL, JR.
STEPHEN L. JONES, P.C.

BARNSTABLE OFFICE
POST OFFICE BOX 92
BARNSTABLE, MA 02630
508/362-4314

March 25, 2004

Clerk of Courts-Civil
United States District Court
   for the District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

RE: ROSARIO J. DINDIO AND MARY DINDIO
VS. FIRST BABYLON, INC., d/b/a HOLIDAY INN EXPRESS
OUR FILE NO. 904/10029

Dear Sir or Madam:

Enclosed for filing and docketing, please find the following with reference to the above-captioned case:

1. Certification of Counsel for Plaintiffs Pursuant to Local Rule (D. Mass.) 16.1 (D)(3); and

2. Certificate of Service.

Thank you for your attention to this matter. Please do not hesitate to call should you have any questions.

Very truly yours,

QUIRK, CHAMBERLAIN & MARSH, P.C.

Pamela B. Marsh (DP)

PBM/djw
Enclosures

cc: Mark A. Darling, Esquire
    Cogavin and Waystack
    Two Center Plaza
    Boston, MA 02108