UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION No. 03-12425 NG

ROSARIO J. DINDIO and MARY O. DINDIO,
  Plaintiffs,

v.

FIRST BABYLON, INC., d/b/a HOLIDAY INN EXPRESS,
  Defendants.

### CERTIFICATION PURSUANT TO LOCAL RULE 16.1 (D)(3)(a) AND (b) OF DEFENDANT, FIRST BABYLON, INC., d/b/a HOLIDAY INN EXPRESS

Defendant, First Babylon Inc., d/b/a Holiday Inn Express, and its counsel, Cogavin and Waystack, hereby certify and affirm that they have conferred:

A. with a view of establishing a budget for the cost of conducting the full course and various alternative courses of litigation; and

B. to consider the resolution of litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4

FISRT BABYLON, INC.,                        COGAVIN AND WAYSTACK
d/b/a HOLIDAY INN EXPRESS

_____                     _____
By, Ila Patel                               By, Mark A. Darling
General Manager                             Trial Counsel