**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| DINDIO et al<br>        Plaintiff<br><br>V.<br><br>FIRST BABYLON, INC.<br>        Defendant | CIVIL ACTION<br><br>NO.  03cv12425NG |

### ORDER OF TRANSFER

GERTNER,    D. J.

In accordance with the Court's endorsed order dated  May 26, 2004  the above-entitled action is hereby transferred to The District of New Mexico.

By the Court,

6/3/2004                              /s/ Jennifer Filo
DATE                                  DEPUTY CLERK